IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02080-LTB-BNB

AMELIA NIETO DE ACOSTA,

Plaintiff,

v.

BLACK HAWK/JACOBS ENTERTAINMENT, LLC, d/b/a The Lodge Casino,

Defendant.

_____

## ORDER
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **March 11, 2011**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated February 18, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge