IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  10-cv-02080-LTB-BNB

AMELIA NIETO DE ACOSTA,

        Plaintiff,

v.

BLACK HAWK/JACOBS ENTERTAINMENT, LLC, doing business as The Lodge Casino,

        Defendant.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulated Notice of Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc 23 - filed March 23, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK,  JUDGE

DATED: March 24, 2011